IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BIG CAT RESCUE CORP., a Florida not-for-profit corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| -vs- | ) ) ) | |
| BIG CAT RESCUE ENTERTAINMENT GROUP, INC., an Oklahoma corporation; G.W. EXOTIC MEMORIAL ANIMAL FOUNDATION, d/b/a BIG CAT RESCUE ENTERTAINMENT GROUP, an Oklahoma corporation; JOE SCHREIBVOGEL, a/k/a JOE EXOTIC, a/k/a AARRON ALEX, a/k/a CODY RYAN, individually, | ) ) ) ) ) ) ) ) ) ) | Case No. FJ-13-001-F |
| Defendants, | ) ) | |
| and | ) ) | |
| IBC BANK, | ) ) | |
| Garnishee, | ) ) | |
| and | ) ) | |
| THE STATE BANK OF WYNNEWOOD, | ) ) ) | |
| Garnishee. | ) | |

**ORDER REFERRING MATTERS TO**
**<u>UNITED STATES MAGISTRATE JUDGE</u>**

In accordance with Rule 72, Fed. R. Civ. P., and the applicable statutory provision(s) noted below, the following matters now pending in this case are referred to Magistrate Judge Shon T. Erwin for appropriate action as directed:

1. ☐ DISCOVERY DISPUTES or OTHER PRETRIAL MATTERS, for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A), and Rule 72(a), Fed. R. Civ. P.:

    ☐ Motion to Compel

    ☐ Motion for Protective Order

    ☐ Motion to Quash

    ☐ Summary Jury Trial

    ☐ Other pretrial, non-dispositive matter:

    _____

    _____

2. ☐ MOTION (dispositive motions excepted from 28 U.S.C. §636(b)(1)(A)) as indicated below for hearing, including evidentiary hearing, if necessary, and submission of Findings and Recommendations pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b), Fed. R. Civ. P.:

    _____
    _____

3. ☐ SOCIAL SECURITY CASE for hearing, if necessary, and submission of Findings and Recommendations pursuant to 28 U.S.C. §§636(b)(1)(B), 636(b)(3) and Rule 72(b), Fed. R. Civ. P.

4. ☐ HABEAS CORPUS PETITION, MOTION TO VACATE SENTENCE, APPLICATION FOR POSTTRIAL RELIEF BY INDIVIDUAL CONVICTED OF CRIMINAL OFFENSE, OR PRISONER PETITION CHALLENGING CONDITIONS OF CONFINEMENT, for hearing, including evidentiary hearing, if necessary, and submission of Findings and

Recommendations pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b), Fed. R. Civ. P.

5. ☐ **POSTTRIAL MOTION FOR ATTORNEY FEES AND/OR COSTS** for hearing, including evidentiary hearing, if necessary, and submission of Findings and Recommendations pursuant to 28 U.S.C. §636(b)(3).

6. ☐ **TO SERVE AS SPECIAL MASTER**, upon consent to the parties, to hear and determine the following matter and to file a Report including Findings and Recommendations pursuant to 28 U.S.C. §§636(b)(2), 636(b)(1)(B) and Rule 53(b), Fed. R. Civ. P.:

   _____

   _____

7. ☒ **OTHER** (pursuant to 28 U.S.C. §636(b)(3)):

   Affidavits of Garnishment, filed on March 7, 2013 (doc. nos. 3 and 4).

**IT IS SO ORDERED** this 8th day of March, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0001p001.wpd